No. 01–1435. CLACKAMAS GASTROENTEROLOGY ASSOCIATES, P. C. v. WELLS. C. A. 9th Cir. Certiorari granted.

No. 01–1559. MASSARO v. UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 01–1766. ZAPATA INDUSTRIES, INC. v. W. R. GRACE & CO.-CONN. C. A. Fed. Cir. Certiorari granted.

No. 01–1862. WOODFORD, WARDEN v. GARCEAU. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 02–5735 (02A249). POWELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

OCTOBER 3, 2002

No. 02–5574. GALLEGOS v. PUEBLO OF TESUQUE, DBA CAMEL ROCK GAMING CENTER, ET AL. Sup. Ct. N. M. Certiorari dismissed under this Court's Rule 46.